June 25, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

HOUSTON CEMENT COMPANY, Appellant

NO. 14-12-00491-CV            V.

HARRIS COUNTY APPRAISAL DISTRICT AND HARRIS COUNTY
APPRAISAL REVIEW BOARD, Appellees

_____

This cause, an appeal from the judgment in favor of appellee, Harris County Appraisal District and Harris County Appraisal Review Board, signed April 26, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Houston Cement Company, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.